# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CALEEM LARONDE,**

    **Petitioner,**

v.                                **Case No. 3:20cv5787-MCR/MAF**

**STATE OF FLORIDA,**

    **Respondent.**

                             /

## REPORT AND RECOMMENDATION

In an order filed October 5, 2020, Petitioner Caleem LaRonde was directed to either pay the $5.00 filing fee or, alternatively, file a properly completed motion to proceed in forma pauperis (IFP) by November 4, 2020. ECF No. 6. Petitioner was specifically warned that a recommendation would be made that this case be dismissed if Petitioner failed to comply with the order. *Id.* at 2; *see* ECF No. 4. To date, Petitioner has not complied with the Court's order.

A trial court has inherent power to dismiss a case sua sponte for failure to prosecute. <u>Link v. Wabash R.R.</u>, 370 U.S. 626 (1962). Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to obey a court order. <u>Moon v. Newsome</u>, 863 F.2d 835, 838 (11th Cir. 1989). Because Petitioner did not comply with an order, this petition

should be dismissed without prejudice.

Petitioner shall have a 14-day period after service of this Report and Recommendation in which to file objections. This will also afford Petitioner a final opportunity to show good cause for the failure to respond to the Court's order. Petitioner may do so by filing a motion for reconsideration which will be referred to me by the Clerk.

It is therefore, respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice.**

**IN CHAMBERS** at Tallahassee, Florida, on December 2, 2020.

S/ Martin A. Fitzpatrick
**MARTIN A. FITZPATRICK**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**Within fourteen (14) days after being served with a copy of this Report and Recommendation, a party may serve and file specific written objections to these proposed findings and recommendations. Fed. R. Civ. P. 72(b)(2). A copy of the objections shall be served upon all other parties. A party may respond to another party's objections within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b)(2). <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control</u>. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a Report and Recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.** See **11th Cir. R. 3-1; 28 U.S.C. § 636.**

Case No. 3:20cv5787-MCR/MAF