UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CALEEM LARONDE,**

    Petitioner,

v.                                               CASE NO. 3:20cv5787-MCR-MAF

**STATE OF FLORIDA,**

    Respondent.

_____/

### O R D E R

This matter is before the Court on the Report and Recommendation of the U.S. Magistrate Judge, ECF No. 7, that the case be dismissed for failure to comply with a Court order. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). I have made a *de novo* determination of any objections timely filed.

Having considered the Report and Recommendation, and any objections filed thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

1. The Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this Order.

2. The § 2254 petition is **DISMISSED without prejudice**.

**DONE AND ORDERED** this 4th day of January 2021.

                             s/ *M. Casey Rodgers*
                          **M. CASEY RODGERS**
                          **UNITED STATES DISTRICT JUDGE**